IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYREL HELMS, Individually and on
behalf of all others similarly situated                    PLAINTIFF

v.                          No. 4:16-cv-541-DPM

FORD ENGINEERING, INC. and
ROBERT TRENT FORD                                          DEFENDANTS

## ORDER

The joint motion to approve the settlement agreement, № 29, is granted. All things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). It makes Helms and the thirteen other group members whole for their alleged unpaid wages for "off-the-clock" work, plus liquidated damages in an equal amount. The Court has reviewed the billing records; the attorney's fees are appropriately modest. The complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018