IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYREL HELMS, Individually and on
behalf of all others similarly situated                    PLAINTIFF

v.                    No. 4:16-cv-541-DPM

FORD ENGINEERING, INC. and
ROBERT TRENT FORD                                          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 March 2018